FILED

09/08/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0671

**IN THE SUPREME COURT OF THE STATE OF MONTANA**
**Supreme Court Cause No. DA 22-0671**

| | |
|---|---|
| IN RE THE MARRIAGE OF: | |
| SHERRI L. FROST, | |
| Petitioner/Appellant, | **ORDER GRANTING EXTENSION OF TIME** |
| and | |
| KEVIN ROY FROST, | |
| Respondent/Appellee/Cross-Appellant, | |
| With | |
| FROST LIMITED PARTNERSHIP, | |
| Respondent/Appellee/Cross-Appellant. | |

Upon consideration of Appellant's Unopposed Motion for Extension of Time to File Combined Brief, and for good cause appearing therefore,

IT IS HEREBY ORDERED that Appellant Sherri L. Frost is granted an extension of time to and including October 15, 2023, within which to file her combined Brief in Response to Appellee Kevin Frost's Opening Brief and Appellee Frost Limited Partnership's Opening Brief and Reply Brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
September 8 2023